RECEIVED
DEC 1 0 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| ELVERDIS BREEDLOVE | CIVIL ACTION NO. 08-1124-P |
| VERSUS | JUDGE WALTER |
| DR. RICHARD MCCALL, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 10th day of November 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 12/11/08
BY: cw
        dew
    bj